**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI**

| | | |
|---|---|---|
| MAURICE JOHNSON, | : | Case No. 1:26-cv-139 |
| | : | |
| Plaintiff, | : | District Judge Douglas R. Cole |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| | : | |
| FRED DENNEY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

---

### ORDER

---

This case is currently before the Court on multiple motions filed by Plaintiff.  (*See* Docs. 2; 3; 4; 6; 7; 8; 10; 12; 13; 14; 15).  The motions are addressed below.

#### A. Motion to Correct "Clerical Error" (Doc. 2)

The Court first addresses Plaintiff's motion to correct clerical error (Doc. 2).  As this motion concerns Plaintiff's application for leave to proceed *in forma pauperis*, which the Court has already granted (*see* Doc. 16), this motion (Doc. 2) is **DENIED** as moot.

#### B. Motion to Transfer (Doc. 3)

Next, the Court turns to Plaintiff's motion to transfer to another prison (Doc. 3).  At the time Plaintiff filed this motion, he was housed at the Southern Ohio Correctional Facility (SOCF).  (*See* Doc. 3, at PageID 110).  It appears, however, that Plaintiff has been transferred from SOCF to the Toledo Correctional Institution.  (*See* Doc. 29 (Notice of Change of Address)).  His motion to transfer (Doc. 3) is therefore **DENIED** as moot.

#### C. Motions to Supplement Complaint (Docs. 4; 14; 15)

Plaintiff has also filed three motions seeking, respectively, to supplement his Complaint with an Ohio Department of Rehabilitation and Correction policy (Doc. 4), a "report" from

another inmate (Doc. 14), and allegations concerning an individual who is not named as a Defendant (Doc. 15).  However, by way of a separate Order filed this date, the Court has identified several deficiencies with Plaintiff's Complaint that must be remedied before the case can proceed.  Without that operative complaint before it, any motion to supplement the complaint is premature.  These motions (Docs. 4; 14; & 15) are therefore **DENIED**.

>        **D.        Motion to File Personal Identifiers (Doc. 6)**

Additionally, Plaintiff has filed a motion to "file his personal identifier."  (Doc. 6). Plaintiff's name and inmate number are already included in the docket record.  There is no indication that any personal identifying information beyond that already included in the record is needed.  The motion (Doc. 6) is **DENIED**.  If Plaintiff includes any personal identifying information in an Amended Complaint, he must comply with Rule 5.2(a), which restricts, among other things, the use of a birth date in a complaint to the year of the individual's birth.

>        **E.        Premature Motions (Docs. 7; 8; 10)**

Plaintiff has filed motions to be conveyed to trial and related hearings (Doc. 7), for documents showing proof of service (Doc. 8), and for appellate forms (Doc. 10).  To date, no trial or hearings have been scheduled, no defendant has been served, and no final judgment has been entered.  These motions (Docs. 7; 8; 10) are therefore **DENIED** as premature and without prejudice to renew at a later time as appropriate.

>        **F.        Motion regarding Contact Information (Doc. 12)**

Plaintiff has filed a motion containing his contact information.  (Doc. 12).  It is Plaintiff's responsibility to keep the Court apprised of any changes to his address throughout the pendency of this case.  But Plaintiff should do so by filing a Notice of New Address, not by way of motion.

There is no indication that Plaintiff's address has changed since the Notice of New Address (Doc. 29) he filed on June 1, 2026.  This motion (Doc. 12) is **DENIED**.

**G.      Motion for Clarification (Doc. 13)**

Plaintiff seeks clarification regarding three motions he asserts were not filed in the Court. To date, Plaintiff has filed numerous motions in this case.  The Court is unaware of any motions received from Plaintiff that were not filed.  The motion (Doc. 13) is **DENIED**.

**IT IS SO ORDERED.**

July 24, 2026                          *s/ Caroline H. Gentry*
                                      CAROLINE H. GENTRY
                                      United States Magistrate Judge

3